**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

CHRISTOPHER BARBOUR,

        *Petitioner,*

  -vs-                                 Civil Action No. 2:01cv612-ECM

JEFFERSON S. DUNN, Commissioner,
Alabama Department of Corrections,

        *Respondent.*

**JOINT STATUS REPORT**

Pursuant to this Court's June 25, 2021 Order granting Petitioner Christopher Barbour's motion that DNA testing of evidence in possession of the Montgomery Police Department ("MPD") take place at the Forensic Analytical Crime Lab ("FACL") in Hayward, California, the parties have worked with the MPD to package and ship the evidence to FACL. The packing and shipping is scheduled to take place on Tuesday, July 6, 2021. Sergeant Greg Schnupp of the MPD will facilitate. In addition, Alan Keel, Forensic Biology/DNA Analysis Unit Supervisor and DNA Technical Lead Analyst at FACL has signed a contract with Squire Patton Boggs (US) in which he consents to the Court's personal jurisdiction on behalf of himself and FACL.

Respectfully submitted,

**/s/ George H. Kendall**
George H. Kendall
Squire Patton Boggs (US) (LLP)
1211 Avenue of the Americas, 26th Fl.
New York, NY  10036
212.872.9800
george.kendall@squirepb.com

Samuel Spital
NAACP Legal Defense & Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY  10006-1738
212.965.2200
sspital@naacpldf.org

Miriam Gohara
Criminal Justice Advocacy Clinic
Yale Law School
127 Wall Street
New Haven, CT  06511
203.436.9167
miriam.gohara@ylsclinics.org


**/s/ Audrey Jordan**
Audrey Jordan
*Assistant Attorney General*
Counsel for Respondents
Office of the Alabama Attorney General
501 Washington Avenue
Montgomery, Alabama 36130
(334) 353-4338
Audrey.Jordan@AlabamaAG.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2021, a copy of the foregoing pleading was served by Federal Express on:

Audrey Jordan
Alabama Attorney General's Office
501 Washington Avenue
Montgomery, AL 36130

**/s/ George H. Kendall**
George H. Kendall