IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER BARBOUR, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO. 2:01-cv-612-ECM |
| | ) |
| JOHN HAMM, Commissioner, | ) |
| Alabama Department of Corrections, | ) |
| | ) |
| Respondent. | ) |

**O R D E R**

Now pending before the Court is the Respondent's motion to reconsider (doc. 284) filed on June 30, 2022. Upon consideration of the motion, and for good cause, it is

ORDERED that on or before **July 15, 2022**, the Petitioner shall file a response to the Respondent's motion. It is further

ORDERED that on or before **July 22, 2022**, the Respondent shall file a reply to the Petitioner's response.

DONE this 1st day of July, 2022.

        /s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE