IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER BARBOUR, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO. 2:01-cv-612-ECM |
| | ) |
| JOHN HAMM, Commissioner, | ) |
| Alabama Department of Corrections, | ) |
| *et al.*, | ) |
| | ) |
| Respondents. | ) |

**O R D E R**

For good cause, it is

ORDERED that this matter is set for a status conference on **November 30, 2022, at 10:00 a.m.** by telephone conference call. The parties are DIRECTED to contact chambers for the phone number and access code required to participate in the conference call.

Done this 31st day of October, 2022.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE