# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER BARBOUR, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 2:01-cv-612-ECM |
| ) | |
| JOHN Q. HAMM, Commissioner, ) | |
| Department of Corrections, ) | |
| et al., ) | |
| ) | |
| Respondents. ) | |

## NOTICE OF APPEARANCE

COMES NOW the undersigned, Henry M. Johnson, and enters his appearance as counsel for the Respondents in the above-styled cause .

                              Respectfully submitted,

                              Steve Marshall
                              *Attorney General*

                              ***s/ Henry M. Johnson***
                              Henry M. Johnson
                              *Assistant Attorney General*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2023, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following:  **George Kendall, Jenay Nurse, Samuel Spital, and Miriam Gohara**.

        *s/ Henry M. Johnson*
        Henry M. Johnson
        *Assistant Attorney General*

ADDRESS OF COUNSEL:

Office of the Attorney General
Capital Litigation Division
501 Washington Avenue
Montgomery, AL  36130
Office (334) 353-9095
Fax (334) 353-8400
Henry.Johnson@AlabamaAG.gov