# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER BARBOUR, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:01-cv-612-ECM |
| | ) | |
| JOHN Q. HAMM, Commissioner, | ) | |
| Department of Corrections, | ) | |
| et al., | ) | |
| | ) | |
| Respondents. | ) | |

## NOTICE OF APPEARANCE

COMES NOW the undersigned, Cameron G. Ball, and enters his appearance

as counsel for the Respondents in the above-styled cause .

Respectfully submitted,

Steve Marshall
*Attorney General*


*s/ Cameron G. Ball*
Cameron G. Ball
*Assistant Attorney General*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2023, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following:  **George Kendall, Jenay Nurse, Samuel Spital, and Miriam Gohara**.

*s/ Cameron G. Ball*
Cameron G. Ball
*Assistant Attorney General*

ADDRESS OF COUNSEL:

Office of the Attorney General
Capital Litigation Division
501 Washington Avenue
Montgomery, AL  36130
Office (334) 242-4275
Fax (334) 353-8400
Cameron.Ball@AlabamaAG.gov