IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER BARBOUR, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO. 2:01-cv-612-ECM |
| | ) |
| JOHN Q. HAMM, Commissioner, | ) |
| Alabama Department of Corrections, | ) |
| | ) |
| Respondent. | ) |

**O R D E R**

Now pending before the Court is a motion for additional discovery filed by Petitioner Christopher Barbour on January 31, 2023. (Doc. 322). Upon consideration of the motion, and for good cause, it is

ORDERED that the Respondents shall file a response to the Petitioner's motion on or before **February 8, 2023**.

DONE this 1st day of February, 2023.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE