STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHRISTOPHER BARBOUR,

    *Petitioner,*

 -vs-            Civil Action No. 2:01cv612-ECM

JOHN HAMM, Commissioner,
Alabama Department of Corrections,
et al.,

    *Respondents.*

## PETITIONER'S RESPONSE TO RESPONDENTS' MOTION FOR LEAVE FOR ADDITIONAL DISCOVERY AND REQUEST FOR A HEARING DATE

 Comes now Petitioner Christopher Barbour, by and through his attorneys, and files this response to Respondents' Motion for Leave for Additional Discovery. On February 7, 2023, Respondents filed a Motion for Leave for Additional Discovery. (Doc. 326) The Court then ordered Petitioner Christopher Barbour to file a response to Respondents' motion by February 15. (Doc. 327) Mr. Barbour now files the following response:

 Mr. Barbour does not oppose Respondents' request for an additional thirty days, or until April 3, 2023, to depose Dr. Charles R. Honts, Ph.D. Mr. Barbour will provide a copy of Dr. Honts' resume or CV and any reports by Dr. Honts, as well as supporting data and/or documentation relied on by Dr. Honts, pertaining to this matter within thirty days.

 Further, now that the parties are nearing the conclusion of discovery, Mr. Barbour requests that a hearing date be set for the week of **May 8, 2023**, or the week of **June 5, 2023**.

Respectfully submitted,

__/s/ Jenay Nurse_____
Jenay Nurse
Squire Patton Boggs (US) (LLP)
1211 Avenue of the Americas, 26th Fl.
New York, NY 10036
212.872.9800
jenay.nurse@squirepb.com

George H. Kendall
Squire Patton Boggs (US) (LLP)
1211 Avenue of the Americas, 26th Fl.
New York, NY 10036
212.872.9800
george.kendall@squirepb.com

Miriam Gohara
Criminal Justice Advocacy Clinic
127 Wall Street
New Haven, CT 06511
203.436.9167
miriam.gohara@ylsclinics.org

Nicola Cohen
Squire Patton Boggs (US) (LLP)
1211 Avenue of the Americas, 26th Fl.
New York, NY  10036
212.872.9800
nicola.cohen@squirepb.com

Samuel Spital
NAACP Legal Defense & Educational Fund
40 Rector Street, 5th Floor
New York, NY  10006-1738
212.965.2200
sspital@naacpldf.org

Santino Coleman
NAACP Legal Defense & Educational Fund
700 14th St, Ste. 600
Washington, D.C. 20005*
202.682.1300
scoleman@naacpldf.org
*Mailing address only (licensed in and working remotely from South Carolina*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 14, 2023, a copy of the foregoing pleading was served by operation of the Court's ECF system on:

Audrey Jordan
Alabama Attorney General's Office
501 Washington Avenue
Montgomery, AL 36130


                                               __/s/ Jenay Nurse_____
                                                  Jenay Nurse