IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER BARBOUR, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO. 2:01-cv-612-ECM |
| | ) |
| JOHN Q. HAMM, Commissioner, | ) |
| Alabama Department of Corrections, | ) |
| | ) |
| Respondent. | ) |

**O R D E R**

Now pending before the Court is a motion for leave to file a third amended petition for a writ of habeas corpus filed by Petitioner Christopher Barbour on March 20, 2023. (Doc. 337). Upon consideration of the motion, and for good cause, it is

ORDERED that the Respondent shall file a response to the Petitioner's motion on or before **April 6, 2023**. It is further

ORDERED that the Petitioner shall file a reply to the Respondent's response on or before **April 13, 2023**.

DONE this 23rd day of March, 2023.

                                            /s/ Emily C. Marks
                                      EMILY C. MARKS
                                      CHIEF UNITED STATES DISTRICT JUDGE