IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER BARBOUR, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO. 2:01-cv-612-ECM |
| | ) |
| JOHN Q. HAMM, Commissioner, | ) |
| Alabama Department of Corrections, | ) |
| | ) |
| Respondent. | ) |

**O R D E R**

Now pending before the Court is a motion for leave to subpoena Jerry Tyrone Jackson's ("Jackson") juvenile records filed by the Petitioner on April 12, 2023. (Doc. 345). The Respondent "take[s] no position on [the Petitioner's] motion to subpoena records." (Doc. 350 at 2). The parties agree that, if produced, Jackson's juvenile records should be kept under seal. Upon consideration of the motion, and for good cause, it is

ORDERED that the Petitioner's motion for leave to subpoena (doc. 345) is GRANTED. To the extent these documents are produced, they shall be kept under seal and the confidentiality amongst the parties shall be maintained.

DONE this 21st day of April, 2023.

    /s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE