IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER BARBOUR, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO. 2:01-cv-612-ECM |
| | ) |
| JOHN Q. HAMM, Commissioner, | ) |
| Alabama Department of Corrections, | ) |
| | ) |
| Respondent. | ) |

**O R D E R**

Now pending before the Court is a motion for leave to file a supplemental response to Barbour's Actual Innocence Claim filed by the Respondent on May 8, 2023. (Doc. 355). Upon consideration of the motion, and for good cause, it is

ORDERED that the Petitioner, on or before **May 17, 2023**, shall show cause why the Respondent's motion should not be granted. It is further

ORDERED that the Respondent may file a reply to the Petitioner's response on or before **May 24, 2023**.

DONE this 10th day of May, 2023.

                                             /s/ Emily C. Marks
                                          EMILY C. MARKS
                                          CHIEF UNITED STATES DISTRICT JUDGE