IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER BARBOUR, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL CASE NO. 2:01-cv-612-ECM |
| ) | |
| JOHN Q. HAMM, COMMISSIONER, ) | |
| ALABAMA DEP'T OF CORRECTIONS, ) | |
| ) | |
| Respondent. ) | |

**O R D E R**

Now pending before the Court is the Petitioner's motion for an order to produce Christopher Barber at the evidentiary hearings (doc. 360), presently set in this case on June 20, June 28, June 29, and June 30, 2023. Upon consideration of the motion, and for good cause, it is

ORDERED that the motion for an order to produce Christopher Barber (doc. 360) is GRANTED. The persons having custody of **Christopher Barbour, AIS 0000Z556,** a state inmate in custody of the Alabama Department of Corrections, shall produce this individual for the hearings on **June 20, June 28, June 29, and June 30, 2023, at 9:00 am in Courtroom 2A, United States Courthouse Complex, One Church Street, Montgomery, Alabama before the undersigned**.

The Clerk of the Court is DIRECTED to provide a copy of this order to the Alabama Department of Corrections Transfer Agent as well as the United States Marshal.

DONE this 18th day of May, 2023.

/s/ Emily Coody Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE