IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHRISTOPHER BARBOUR,           )
                               )
    Petitioner,                )
                               )
    v.                         )     CASE NO. 2:01-cv-612-ECM
                               )
JOHN Q. HAMM, Commissioner,    )
Alabama Department of Corrections, )
                               )
    Respondent.                )

## O R D E R

For good cause, it is

ORDERED that this matter is SET for a status conference on **June 15, 2023, at 1:30 p.m. CDT** by telephone conference call.  The parties are DIRECTED to contact Courtroom Deputy Cindy Sanders for the phone number and access code required to participate in the conference call.

The Clerk of the Court is DIRECTED to provide a court reporter for this proceeding.

Done this 8th day of June, 2023.

                     _____/s/ Emily C. Marks_____
                     EMILY C. MARKS
                     CHIEF UNITED STATES DISTRICT JUDGE