IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER BARBOUR, | ) |
| Petitioner, | ) |
| v. | ) CIVIL CASE NO. 2:01-cv-612-ECM |
| JOHN Q. HAMM, COMMISSIONER, ALABAMA DEP'T OF CORRECTIONS, | ) |
| Respondent. | ) |

**O R D E R**

On June 8, 2023, the Court ordered Jerry Tyrone Jackson transported to the hearing on June 29–30, 2023, at the United States Courthouse Complex, One Church Street, Montgomery, Alabama before the undersigned. (Doc. 401). During the evidentiary hearing on June 28, 2023, the parties informed the Court that Mr. Jackson is not going to be called as a witness. Accordingly, it is

ORDERED that the Court's Order of June 8, 2023, is VACATED.

The Clerk of the Court is DIRECTED to provide a copy of this order to the Alabama Department of Corrections Transfer Agent as well as the United States Marshal.

DONE this 28th day of June, 2023.

/s/ Emily Coody Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE