IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHRISTOPHER BARBOUR,

        *Petitioner,*

-vs-                                      Civil Action No. 2:01cv612-ECM

JOHN HAMM, Commissioner,
Alabama Department of Corrections,
et al.

        *Respondents.*

## NOTICE OF FILING REDACTED TRANSCRIPT OF JERRY TYRONE JACKSON'S DEPOSITION

On July 6, 2023, this Court granted Petitioner Christopher Barbour's motion to file the deposition transcript of Jerry Tyrone Jackson's deposition. (Doc. 433) Pursuant to the Court's order, Mr. Barbour respectfully requests that this Court accept the filing of the transcript and exhibits of Jerry Tyrone Jackson's deposition as attached to this notice.

Respectfully submitted,

/s/ Miriam Gohara

Miriam Gohara
Criminal Justice Advocacy Clinic
127 Wall Street
New Haven, CT  06511
203.436.9167
Miriam.gohara@ylsclinics.org

George H. Kendall
Squire Patton Boggs (US) (LLP)
1211 Avenue of the Americas, 26th Fl.
New York, NY  10036
212.872.9800
George.Kendall@squirepb.com

Santino Coleman
NAACP Legal Defense & Educational Fund
700 14th St, Ste. 600
Washington, D.C. 20005
202.682.1300
scoleman@naacpldf.org
* *Mailing address only (licensed in and working remotely from South Carolina)*

Daniel Loehr
Criminal Justice Advocacy Clinic
127 Wall Street
New Haven, CT 06511
203.432.2415
Daniel.loehr@ylsclinics.org

Nicola Cohen
Squire Patton Boggs (US) (LLP)
1211 Avenue of the Americas, 26th Fl.
New York, NY  10036
212.872.9800
Nicola.Cohen@squirepb.com

Samuel Spital
NAACP Legal Defense & Educational Fund
40 Rector Street, 5th Floor
New York, NY  10006-1738
212.965.2200
sspital@naacpldf.org

Carine Williams
Squire Patton Boggs (US) (LLP)
1211 Avenue of the Americas, 26th Fl.
New York, NY  10036
212.872.9800
Carine.Williams@squirepb.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2023, a copy of the foregoing pleading was served by operation of the Court's ECF system on:

Audrey Jordan, Polly Kenny, Cameron Ball, Henry Johnson
Alabama Attorney General's Office
501 Washington Avenue
Montgomery, AL 36130

J. Carlton Taylor
Attorney for Jerry Tyrone Jackson
PO Box 230783
Montgomery, AL 36123

                                                  /s/ Miriam Gohara
                                                  Miriam Gohara