IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHRISTOPHER BARBOUR,

       *Petitioner,*

  -vs-                                              Civil Action No. 2:01cv612-ECM

JOHN HAMM, Commissioner,
Alabama Department of Corrections,
et al.

       *Respondents.*

**PETITIONER CHRISTOPHER BARBOUR'S RESPONSE TO RESPONDENTS'
MOTION TO AMEND THE POST-HEARING BRIEFING SCHEDULE
AND UNOPPOSED MOTION TO SET A SEPTEMBER 13, 2023 DEADLINE
FOR RESPONSIVE BRIEFING**

    Pursuant to this Court's order (Doc. 442), Petitioner Christopher Barbour, by and through his undersigned counsel, responds to Respondents' Motion to Amend the Post-Hearing Briefing Schedule (Doc. 441), and also respectfully moves for an unopposed extension of the deadline to file responsive briefing.

1. Mr. Barbour has no objection to Respondents' request to amend the post-hearing briefing schedule. However, because Respondents' proposed deadline of August 26, 2023, falls on a weekend, Mr. Barbour's counsel conferred with Respondents, and the parties agreed to seek an extension until Friday, August 25, 2023, to file their initial post-hearing briefs.

2. In light of Respondents' motion to amend the briefing schedule for the initial briefs, Mr. Barbour also respectfully requests the Court grant the parties until September 13, 2023, to file their responsive briefing. Mr. Barbour's counsel has conferred with Respondents about this request, and Respondents have no objection.

Respectfully submitted,

/s/ Nicola Cohen

Nicola Cohen
Squire Patton Boggs (US) (LLP)
1211 Avenue of the Americas, 26th Fl.
New York, NY  10036
212.872.9800
nicola.cohen@squirepb.com

George H. Kendall
Squire Patton Boggs (US) (LLP)
1211 Avenue of the Americas, 26th Fl.
New York, NY  10036
212.872.9800
george.kendall@squirepb.com

Santino Coleman
NAACP Legal Defense & Educational Fund
700 14th St, Ste. 600
Washington, D.C. 20005
202.682.1300
scoleman@naacpldf.org
* *Mailing address only (licensed in and working remotely from South Carolina)*

Daniel Loehr
Criminal Justice Advocacy Clinic
127 Wall Street
New Haven, CT 06511
203.432.4815
daniel.loehr@ylsclinics.org

Miriam Gohara
Criminal Justice Advocacy Clinic
127 Wall Street
New Haven, CT  06511
203.436.9167
miriam.gohara@ylsclinics.org

Samuel Spital
NAACP Legal Defense & Educational Fund
40 Rector Street, 5th Floor
New York, NY  10006-1738
212.965.2200
sspital@naacpldf.org

Carine Williams
Squire Patton Boggs (US) (LLP)
1211 Avenue of the Americas, 26th Fl.
New York, NY  10036
212.872.9800
carine.williams@squirepb.com

**CERTIFICATE OF SERVICE**

       I hereby certify that on August 7, 2023, a copy of the foregoing pleading was served by operation of the Court's ECF system on:

Audrey Jordan, Polly Kenny, Cameron Ball, Henry Johnson
Alabama Attorney General's Office
501 Washington Avenue
Montgomery, AL 36130

J. Carlton Taylor
Attorney for Jerry Tyrone Jackson
PO Box 230783
Montgomery, AL 36123

                                                          /s/ Nicola Cohen
                                                          Nicola Cohen