IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER BARBOUR, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO. 2:01-cv-612-ECM |
| | ) |
| JOHN Q. HAMM, Commissioner, | ) |
| Alabama Department of Corrections, | ) |
| | ) |
| Respondent. | ) |

**O R D E R**

Now pending before the Court is the Respondent's motion to amend the post-hearing briefing schedule, filed on August 3, 2023. (Doc. 441). The Petitioner filed a response, (doc. 444), in which he represents that he does not object to amending the post-hearing briefing schedule and that the parties agreed to a new deadline of August 25, 2023, to file their initial post-hearing briefs. The Petitioner's response also contains an unopposed motion to grant the parties until September 13, 2023, to file their responsive briefs. (*See* doc. 444 at 1). Upon consideration of the motions, and for good cause, it is

ORDERED that the Respondent's motion (doc. 441) is GRANTED to the extent that the deadline for the parties to file their initial post-hearing briefs is EXTENDED up to and including **August 25, 2023**. The Respondent's motion is DENIED in all other respects. It is further

ORDERED that the Petitioner's motion (doc. 444) is GRANTED; the deadline for the parties to file their responsive briefs is EXTENDED up to and including **September 13, 2023**.

DONE this 8th day of August, 2023.

                                         /s/ Emily C. Marks
                                  EMILY C. MARKS
                                  CHIEF UNITED STATES DISTRICT JUDGE